IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TOR JORGENSBORG, et al.,

    Plaintiffs,

v.                                                         CASE NO.: 1:09cv10-SPM/AK

HALCYON MANUFACTURING,
INC., et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, the Stipulated Motion for Extension of Time to Respond to Complaint (doc. 12) is granted.  Defendants shall have up to and including March 6, 2009, to file and serve their response to Plaintiffs' Complaint.

SO ORDERED this 19th day of February, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge